[No. 46616-3-II.   Division Two.   August 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE D. BRITAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01830-6, John A. McCarthy, J., entered August 29, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Sutton, JJ.

[No. 46654-6-II.   Division Two.   August 2, 2016.]

THE PORT OF LONGVIEW, *Respondent*, v. ARROWOOD INDEMNITY COMPANY ET AL., *Defendants*, ASSICURAZIONI GENERALI SPA ET AL., *Appellants*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated December 21, 2016. Substitute opinion filed. See 197 Wn. App. 1018.

[No. 47483-2-II.   Division Two.   August 2, 2016.]

THOMAS A. LUNSCHEN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-08833-2, Elizabeth P. Martin, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 47563-4-II.   Division Two.   August 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL SCHWARTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00053-0, Richard L. Brosey, J., entered May 6, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Lee, JJ.